**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-2330**

———————

ROBERT E. GREEN, SR.,

                                    Plaintiff - Appellant,

        versus

MAYOR AND CITY COUNCIL OF BALTIMORE; THE
BALTIMORE CITY POLICE DEPARTMENT; SOD DECOY
SQUAD; CARL STAMBAUGH, Officer; OTHER MEMBERS
OF THE BALTIMORE POLICE DEPARTMENT,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-99-
2941-MJG)

———————

Submitted: March 6, 2001          Decided: April 30, 2001

———————

Before WIDENER, WILLIAMS, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert E. Green, Sr., Appellant Pro Se. Gary Charles May, BALTI-
MORE CITY POLICE DEPARTMENT, Baltimore, Maryland; William Rowe
Phelan, Jr., OFFICE OF THE CITY SOLICITOR, Baltimore, Maryland;
Eileen Antoinette Carpenter, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert E. Green, Sr., appeals the district court's order advising him that additional repetitive filings relevant to his closed cases would be discarded without a response. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Green v. Mayor and City Council of Baltimore, No. CA-99-2941-MJG (D. Md. Oct. 2, 2000). We deny Green's motion to proceed on formal briefs and for appointment of counsel. We note that additional filings by Green regarding this matter, other than a rehearing petition or a petition for writ of certiorari, may result in the imposition of sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED